WALTER HARTYE, PLAINTIFF-PETITIONER, v. GRAND
PROPERTIES, INC., *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 82 *N. J. Super.* 416.

*Messrs. Florio, Dunn, Marciano & Lypinski* for the peti-
tioner.

*Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton* for
the respondents.

May 11, 1964. Denied.

MICHAEL MONESSON *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. LYLIAN ALSOFROM *ET AL.*, DEFENDANTS-PETI-
TIONERS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 82 *N. J. Super.* 587.

*Mr. Walter P. A. Ensor, Jr.* for the petitioners.

*Messrs. Gassert, Murphy & Gassert* for the respondents.

May 11, 1964. Denied.